UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARI-LYNNE EARLS,<br>　　　　Plaintiff,<br>　　v.<br>MARY J. GREENWOOD,<br>　　　　Defendant. | Case No. 19-cv-01317-VC<br><br>**ORDER RE REPORT AND RECOMMENDATION TO DISMISS**<br>Re: Dkt. No. 8 |

The Court adopts the Magistrate Judge's Report and Recommendation in part. To the extent Earls challenges the decision to declare her a vexatious litigant, her lawsuit is barred by the *Rooker-Feldman* doctrine (not to mention res judicata). To the extent Earls contends that the defendant violated her First Amendment rights by precluding her from appealing the vexatious litigant determination without first seeking permission, such a claim does not appear to be barred by the *Rooker-Feldman* doctrine (although the claim may be barred for any number of reasons relating to timeliness, preclusion, immunity, or failure to state a claim). Accordingly, a response to the complaint is due 21 days from the date of this order.

**IT IS SO ORDERED.**

Dated: June 11, 2019

_____
VINCE CHHABRIA
United States District Judge